Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−34674−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James J Waechter
215 Silver Lake Rd
Bridgeton, NJ 08302

Stacy A Waechter
aka Stacey A Waechter, aka Stacy A Shaman
215 Silver Lake Rd
Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−3432                                              xxx−xx−5744

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: November 8, 2019                   Andrew B. Altenburg Jr.
                                          Judge, United States Bankruptcy Court